No. 3120

Second Circuit

BUCKLEY v. C. R. I. & P. RY. CO.

(February 3, 1928. Opinion and Decree.)
(March 14, 1928. Rehearing Refused.)
(May 6, 1928. Writ of Certiorari and Review denied by Supreme Court.)

*(Syllabus by the Editor)*

See Syllabus in case of Pylant vs. C. R. I. & P. Ry. Co., reported on page 350.

Appeal from the Third Judicial District Court, Parish of Union. Hon. S. D. Pearce, Judge.

Action by James E. Buckley against Chicago, Rock Island & Pacific Railway Co.

There was judgment for defendant and plaintiff appealed.

Judgment affirmed.

Crow and Coleman, of Shreveport, and S. L. Digby, of Ruston, attorneys for plaintiff, appellant.

Barksdale, Warren and McBride, of Ruston, attorneys for defendant, appellee.

WEBB, J. The plaintiff, J. E. Buckley, was the owner of the truck which was being driven by John Pylant, the plaintiff in suit No. 3121, John Pylant versus Chicago, Rock Island & Pacific Railway Company, this day decided, and the present plaintiff brought suit to recover damages to the truck and appeals from a judgment rejecting his demands.

John Pylant was the employee of the plaintiff, Buckley, and the collision resulting in damages to the truck occurred while Pylant was driving the truck in the course of and while engaged in the employment and business of Buckley, and the ruling in No. 3121, John Pylant versus Chicago, Rock Island & Pacific Railway Company, is in all respects applicable to J. E. Buckley's demands, and for the reasons assigned in said suit the judgment herein appealed from is affirmed.